# EXHIBIT F

| Claim 1 | Evidence from STM |
|---|---|
| [1] An integrated electronic compass and circuit system comprising: | **IIS2MDC**<br><br>**High-accuracy, ultra-low-power, 3-axis digital output magnetometer**<br><br>…<br>Description<br>**The IIS2MDC is a high-accuracy, ultra-low-power 3-axis digital magnetic sensor.**<br><br>…<br>**The IIS2MDC includes an I2C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br><br>The device can be configured to generate an interrupt signal for magnetic field detection.<br><br>…<br>**Applications: Compasses for Inertial Measurement Unit (IMU)**<br><br>*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*<br><br><br><br>*Source: RE - optical image - top view (TOP.JPG)* |



*Source: RE - optical image - decap (DCS_8874.JPG)*



*Source: RE – X-RAY – side view (1-1-X-C.jpeg)*

| [1.1] a semiconductor substrate; | <br><br>*Source: RE - optical image - decap (DCS_8874.JPG)*<br><br>**The IIS2MDC is available in a plastic land grid array package (LGA**) and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*<br><br><br><br>*Source: RE - X-RAY - side view (1-1-X-C.jpeg)* |

<table>
<tr><td></td><td>



semiconductor substrate

*Source: RE - SEM – decap (1-1-90 degrees-45 degreetilt.jpg)*

Additional information from general literature:

What is Land Grid Array (LGA)?
**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA).

*Source: https://electrical-information.com/package-types-lga/*

**Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection instead of solder balls (as in the ball grid array).** These metal pads, which are called 'lands', are arranged in a grid or array at the bottom of the package body.

*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA*

</td></tr>
<tr><td>[1.2] one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate; and</td><td>

**IIS2MDC**

**The IIS2MDC includes an I2C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**

*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*

</td></tr>
</table>

4



*Source: RE - X-RAY - side view (1-1-X-C.jpeg)*

CMOS integrated circuits

semiconductor substrate

CMOS integrated circuits

*Source: RE - SEM – decap (1-1-90 degrees-45 degreetilt.jpg)*

5



semiconductor substrate

CMOS integrated circuits

*Source: RE - SEM - decap - die 2 (die 2 20 x montage w scale jpeg.jpg)*

| | |
|---|---|
| | **IIS2MDC**  <div align="right">**Block diagram and pin description**</div> |
| | **1      Block diagram and pin description**<br><br>**1.1      Block diagram**<br><br><div align="center">**Figure 1. Block diagram**</div><br><br><br>*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*<br><br>Additional information from general literature:<br><br>**Inter-Integrated Circuit Protocol (I2C or IIC) is a serial, synchronous, multi-master, board-to-board, half-duplex communication protocol.** As the name suggests, it is mainly used for communication within printed circuit boards (PCBs).<br><br>*Source: https://www.circuitbread.com/tutorials/what-is-the-i2c-communication-protocol*<br><br>**The term CMOS stands for "Complementary Metal Oxide Semiconductor". This is one of the most popular technology in the computer chip design industry and it is broadly used today to form integrated circuits in numerous and varied applications.**<br><br>*Source: https://www.elprocus.com/cmos-working-principle-and-applications/* |
| [1.3] an electronic compass device operably coupled to the one or more CMOS integrated circuits. | **IIS2MDC**<br><br>**High-accuracy, ultra-low-power, 3-axis digital output magnetometer**<br>…<br>**Applications: Compasses for Inertial Measurement Unit (IMU)** |

7



*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*

*Source: RE - X-RAY - side view (1-1-X-C.jpeg)*

*Source: RE - SEM - decap (1-1-90 degrees-45 degreetilt.jpg)*

8



an electronic compass device

operably coupled to the

CMOS integrated circuits

*Source: RE - SEM - decap - die 1 (die 1 20x montage w scale jpeg.jpg)*

9

**IIS2MDC**                                                    **Block diagram and pin description**

# 1        Block diagram and pin description

## 1.1        Block diagram

**Figure 1. Block diagram**

*Source: https://www.st.com/resource/en/datasheet/iis2mdc.pdf*

10