# EXHIBIT G

| Claim 1 | Evidence from STM |
|---|---|
| [1] An integrated sensor device or electronic device, the device comprising: | **LSM303AGR**<br><br>Description<br><br>**The LSM303AGR is an ultralow-power high performance system-in-package featuring** a 3-axis digital linear acceleration sensor and **a 3-axis digital magnetic sensor.**<br>…<br>**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br>…<br>**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br><br><br>*Source: RE - optical image - top image, bottom image* |

1



*Source: RE - X Ray - side view*



*Source: RE - optical image - decap - top view*

| | |
|---|---|
| [1.1] a substrate member having a first surface region, the substrate member having at least one contact region; | **LSM303AGR**<br><br>Description<br><br>… |

**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.

*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*



first surface region
contact region
substrate member

*Source: RE - SEM - decap - angled top view*

3



*Source: RE - optical image - decap - top view*

Additional information from general literature:

What is Land Grid Array (LGA)?
**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA).

*Source: https://electrical-information.com/package-types-lga/*

**Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection …**

*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA*

4

| | |
|---|---|
| [1.2] at least one singulated integrated sensor or electronic device each coupled to a die member, each die member having a singulated surface region and at least one contact region, the singulated surface region(s) being coupled to the first surface region; | **LSM303AGR**<br><br>Description<br><br>**The LSM303AGR is an ultralow-power high performance system-in-package featuring** a 3-axis digital linear acceleration sensor and **a 3-axis digital magnetic sensor.**<br>…<br>**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br><br><br>*Source: RE - optical image - decap - top view* |

<table>
<tr><td></td><td>



contact region

singulated integrated sensor or electronic device

die member

singulated surface region

first surface region

*Source: RE - SEM - decap - angled top view*

</td></tr>
<tr><td>

[1.3] at least one first conductive material formed overlying at least the contact region(s) of the singulated integrated sensor or electronic device; and

</td><td>

**LSM303AGR**

Description

…

**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**

*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*

</td></tr>
</table>

6



contact region

singulated integrated sensor or electronic device

*Source: RE - optical image - decap - top view*



singulated integrated sensor or electronic device

contact region

first conductive material

*Source: RE - SEM - decap - angled top view*

7

| [1.4] at least one second conductive material formed overlying at least a portion of the first conductive material(s). |  *Source: RE - SEM - decap - angled top view*  *Source: RE - SEM images - decap - angled top view - cropped* |
| --- | --- |

8