# EXHIBIT H

| Claim 1 | Evidence from STM |
|---|---|
| [1] A method of fabricating an integrated electronic compass and circuit device comprising: | **LSM303AGR**<br><br>Description<br><br>**The LSM303AGR is an ultralow-power high performance system-in-package featuring** a 3-axis digital linear acceleration sensor and **a 3-axis digital magnetic sensor.**<br>…<br>**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br><br>**The system can be configured to generate an interrupt signal for** free-fall, motion detection, and **magnetic field detection.**<br>…<br>**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>Applications: Tilt-compensated **compasses**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf* |

1



*Source: RE - optical image - top image, bottom image*



*Source: RE - X Ray - side view*

|  |  |
|---|---|
|  | <br><br>*Source: RE - optical image - decap - top view* |
| [1.1] providing a semiconductor substrate comprising a surface region; | **LSM303AGR**<br><br>Description<br>…<br>**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf* |

3



surface region

semiconductor substrate

*Source: RE - X Ray - side view*

surface region

*Source: RE - optical image - decap - top view*

Additional information from general literature:

What is Land Grid Array (LGA)?
**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA).

| | |
|---|---|
| | *Source: https://electrical-information.com/package-types-lga/*<br><br>**Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection instead of solder balls (as in the ball grid array).** These metal pads, which are called 'lands', are arranged in a grid or array at the bottom of the package body.<br><br>*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA* |
| [1.2] forming one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate; | **LSM303AGR**<br><br>Description<br><br>…<br>**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br> semiconductor substrate<br><br>*Source: RE - optical image - decap - top view* |

| | |
|---|---|
| | <br>*Source: RE - optical image - decap - top view* |
| [1.3] forming a thickness of dielectric material overlying the one or more CMOS integrated circuits; | *Source: RE - X Ray - side view* |



| | |
|---|---|
| | *Source: RE - SEM - decap - cross section - side view* |
| [1.4] joining a substrate overlying the thickness of dielectric material; | *Source: RE - X Ray - side view* |

7

<table>
<tr><td></td><td>



substrate overlying … dielectric material

*Source: RE - optical image - decap - top view*

</td></tr>
<tr><td>

[1.5] thinning the substrate to a predetermined thickness; and

</td><td>



*Source: RE - X Ray - side view*

</td></tr>
</table>

8



*Source: RE - optical image - decap - top view*

9

| [1.6] forming an electronic compass device within one or more regions of the predetermined thickness of the substrate. |  electronic compass device<br><br>*Source: RE - optical image - decap - angled top view* |
| --- | --- |

10