# EXHIBIT I

| Claim 1 | Evidence from STM |
|---|---|
| [1] A method of fabricating a transducer apparatus, the method comprising: | **LSM303AGR**<br><br>Description<br>**The LSM303AGR is** an ultralow-power highperformance **system-in-package featuring a 3-axis digital linear acceleration sensor and a 3-axis digital magnetic sensor.**<br>…<br>**The LSM303AGR includes an I²C serial bus interface** that supports standard, fast mode, fast mode plus, and high-speed (100 kHz, 400 kHz, 1 MHz, and 3.4 MHz) **and an SPI serial standard interface.**<br><br>**The system can** be configured to **generate** an interrupt **signal for free-fall, motion detection, and magnetic field detection.**<br>…<br>**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br><br><br>*Source: RE - optical image - top view*<br><br><u>Additional information from general literature</u>: |

| | |
|---|---|
| | **A sensor specifically reacts to something in the environment – mechanical, electrical, temperature, pressure, and so on, and converts it to an electronic signal** to be recorded or analyzed elsewhere. **So generally, a sensor is a type of transducer.**<br><br>*Source: https://gmw.com/transducers/* |
| [1.1] providing a substrate member having a surface region; | **LSM303AGR**<br><br>Description<br>**The LSM303AGR is available in a plastic land grid array package (LGA)** and is guaranteed to operate over an extended temperature range from -40 °C to +85 °C.<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br><br><br>*Source: RE - optical image - top view*<br><br><u>Additional information from general literature:</u><br><br>What is Land Grid Array (LGA)?<br>**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA). |

2

| | |
|---|---|
| | *Source: https://electrical-information.com/package-types-lga/*<br><br>**Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection …**<br><br>*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA* |
| [1.2] forming a movable base structure having a base surface region;<br><br>[1.3] removing at least one portion of the movable base structure to form a center cavity with a cavity surface region; | **LSM303AGR**<br><br>Description<br>**The LSM303AGR is** an ultralow-power highperformance **system-in-package featuring** a 3-axis digital linear acceleration sensor and **a 3-axis digital magnetic sensor.**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm303agr.pdf*<br><br><br><br>*Source: RE - optical image - top view* |

3



movable base structure

center cavity

cavity surface region

*Source: RE - SEM images - cross section - side view*

4

| | |
|---|---|
| [1.4] forming at least one center anchor structure spatially disposed within a substantially circular portion of the surface region, the at least one center anchor structure(s) being configured within a vicinity of a center of the surface region that is within the center cavity; |  surface region<br><br>substantially circular portion of the surface region<br><br>center anchor<br><br>*Source: RE - SEM images - decap - top view*<br><br> center cavity<br><br>*Source: RE - SEM images - cross section - side view* |

5

| | |
|---|---|
| [1.5] forming at least one spring structure coupled to at least one portion of the cavity surface region, the at least one spring structure being coupled to the at least one center anchor structure; and | <br><br>*Source: RE - SEM images - decap - top view*<br><br><br><br>*Source: RE - SEM images - cross section - side view* |

6

| | |
|---|---|
| [1.6] forming at least one capacitor element, the at least one capacitor element being spatially disposed within a vicinity of the cavity surface region. |  capacitor element<br><br>*Source: RE - SEM images - decap - top view*<br><br> disposed within a vicinity of the cavity surface region<br><br>*Source: RE - SEM images - cross section - side view* |

7