# EXHIBIT J

| Claim 1 | Evidence from STM |
|---|---|
| [1] An apparatus for packaging micro electro-mechanical systems (MEMS) and integrated circuits (ICs), the apparatus comprising: | **LSM6DSOX**<br><br>Description<br><br>**The LSM6DSOX is a 6-axis IMU (inertial measurement unit) system-in-package featuring a 3-axis digital accelerometer and a 3-axis digital gyroscope, boosting performance at 0.55 mA in high-performance mode and enabling always-on lowpower features for an optima**l motion experience for the consumer.<br>…<br>The LSM6DSOX fully supports EIS and OIS applications as the module includes a dedicated configurable signal processing path for the OIS and auxiliary SPI, configurable for both the gyroscope and accelerometer. **The LSM6DSOX OIS can be configured from the auxiliary SPI and primary interface (SPI / I²C & MIPI I3CSM ).**<br><br>High robustness to mechanical shock makes the LSM6DSOX the preferred choice of system designers for the creation and manufacturing of reliable products. **The LSM6DSOX is available in a plastic, land grid array (LGA) package.**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm6dsox.pdf*<br><br><br><br>*Source: RE - optical image - decap - top image* |

1

| [1.1] a substrate member having a surface region; | **LSM6DSOX**<br><br>Description<br><br>**The LSM6DSOX is a 6-axis IMU (inertial measurement unit) system-in-package featuring a 3-axis digital accelerometer and a 3-axis digital gyroscope, boosting performance at 0.55 mA in high-performance mode and enabling always-on lowpower features for an optima**l motion experience for the consumer.<br>…<br>High robustness to mechanical shock makes the LSM6DSOX the preferred choice of system designers for the creation and manufacturing of reliable products. **The LSM6DSOX is available in a plastic, land grid array (LGA) package.**<br><br>*Source: https://www.st.com/resource/en/datasheet/lsm6dsox.pdf*<br><br><br><br>*Source: RE - optical image - angled top view*<br><br><u>Additional information from general literature</u>:<br><br>What is Land Grid Array (LGA)?<br>**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA).<br><br>*Source: https://electrical-information.com/package-types-lga/* |

2

| | |
|---|---|
| | **Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection …**<br><br>*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA* |
| [1.2] a semiconductor substrate comprising one or more integrated circuits thereon, the semiconductor substrate being bonded to a portion of the surface region and having an upper surface region; | <br><br>*Source: RE - optical image - angled top view* |



integrated circuits

upper surface region

semiconductor substrate

*Source: RE - optical image - decap - top image*

Additional information from general literature:

**A MEMS device typically contains a microelectromechanical sensor or actuator element packaged together with an integrated circuit (IC). The IC provides an electrical interface to the sensor or actuator, signal processing / compensation, and an analog or digital output.** The microelectromechanical sensor or actuator can be integrated monolithically or cointegrated with the IC.

*Source: https://www.semiconductors.org/wp-content/uploads/2018/08/2013MEMS.pdf*

4

| | |
|---|---|
| [1.3] one or more MEMS devices overlying an inner region of the upper surface region; | <br><br>*Source: RE - optical image - decap - top image* |
| [1.4] an enclosure housing the one or more MEMS devices and configured overlying a first outer region of the upper surface region, the enclosure housing having an upper cover region; and | <br><br>*Source: RE - optical image - decap - top image* |

5



Source: RE - optical image - decap - top image

[1.5] one or more bonding structures, each of the bonding structures having a bonding pad within a vicinity of the upper cover region and provided within a second outer region of the upper surface region,

Source: RE - optical image - decap - top image

6



*Source: RE - optical image - decap - top image*

[1.6] wherein the second outer region is characterized by a width of about 100 microns and less, and wherein the first outer region is characterized by a width of about 200 microns and less.

7



*Source: RE - optical image - decap - top image*