**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PACIFIC RESEARCH GROUP, PTE. LTD.<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., and<br>STMICROELECTRONICS, INC.,<br><br>Defendants. | Civil Action No. 7:26-cv-00134-DC-DTG<br><br>JURY TRIAL DEMANDED |

**STMICROELECTRONICS N.V.'S OPPOSED FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant STMicroelectronics N.V. ("ST NV" or "Defendant") respectfully requests that the Court extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint by 45 days. The current, original due date for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is September 1, 2026. This is the first request by Defendant to extend the deadline to respond to Plaintiff's Complaint. The requested extension is to provide time for Defendant to adequately investigate the allegations of the Complaint. The requested extension does not change any hearing date, trial, or other Court date in this case. Defendant conferred with Plaintiff, and Plaintiff only agreed to a limited 30-day extension but opposes the requested 45-day extension.

Defendant submits that 45-day extensions to respond to Complaints are routinely granted in this Court, and Plaintiff has presented no compelling reason in opposition to Defendant's reasonable request. Indeed, Plaintiff's response to Defendant's request even acknowledged that "[n]ormally we grant extensions as a matter of course," while suggesting that this case was somehow different. Plaintiff appears to base its opposition on the fact that the lawsuit was filed in

April 2026, but Plaintiff was unable to effect service on ST NV until August 11, 2026 via the Court's alternative service under Rule 4(f)(2)(C)(ii). *See* Dkt. 26, 37. By opposing this motion, Plaintiff improperly seeks to shift the consequences of its own inability to effect service to ST NV. Plaintiff's failure to effect service should not inure to ST NV's detriment, and ST NV should be granted the time it needs to adequately investigate the Complaint. Nor should ST NV's choice of counsel be held against it.[1] Plaintiff appears to contend that STMicroelectronics, Inc. should have improperly accepted service on behalf of ST NV even though ST NV had not yet received the Court's alternative service nor had retained counsel. But Plaintiff had no right to attempt to serve ST NV via the separate ST Inc. defendant, and the Court has already correctly ruled against the Plaintiff on this issue. *See* Dkt. 26 at 2 ("The plaintiff has made no showing that STMicroelectronics N.V. exercises sufficient control over its domestic subsidiary so as to make it its involuntary agent for service."). After receiving service, ST NV promptly retained counsel and now needs time to investigate the Complaint's allegations as to ST NV. None of these circumstances make this case out of the ordinary such that its routine 45-day extension request should not be granted.

Defendant respectfully requests that the Court extend the deadline for the Defendant to answer, move, or otherwise respond to Plaintiff's Complaint by forty-five days to October 16, 2026.

[1] The undersigned counsel entered appearances on behalf of ST NV on August 26, 2026. *See* Dkt. 35, 36.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Jeffery S. Becker*
Jeffery S. Becker
Texas State Bar No. 24069354
Emily Deer
Texas State Bar No. 24116352
Baker Botts L.L.P.
2001 Ross Ave, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6526
Facsimile: (214) 661-4526
Email: Jeff.Becker@BakerBotts.com
Email: Emily.Deer@BakerBotts.com

**ATTORNEYS FOR DEFENDANT STMICROELECTRONICS N.V.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and all accompanying documents via the Court's CM/ECF system on August 28, 2026.

/s/ *Jeffery S. Becker*
Jeffery S. Becker

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant met and conferred with counsel for Plaintiff regarding this motion via email as required by Rule CV-7 on August 27, 2026, and counsel for Plaintiff confirmed that while it would agree to a 30-day extension, it opposes the requested 45-day extension.

/s/ *Jeffery S. Becker*
Jeffery S. Becker